ARTHUR L. KUGEL, RESPONDENT, v. CHARLES M.
RIEDELL, APPELLANT.

Submitted October 30, 1931—Decided May 16, 1932.

For the respondent, *Milton M. Unger*.

For the appellant, *Harrison & Roche*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—PARKER, CAMPBELL, CASE, BODINE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 11.

*For reversal*—None.